Núm. 6845.—Ruberté, aplte. *v.* The American Railroad Company of P. R., aplda.—C. D. Ponce. ▆▆▆▆▆▆▆▆—Julio 31, 1937.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso núm. 6646, *los menores Juan Ramón Ruberté, et als., etc.,* v. *The American Railroad Company of Puerto Rico,* sobre Daños y perjuicios (ante, pág. 164), se revoca la sentencia apelada que dictó la Corte de Distrito de Ponce con fecha 16 de noviembre de 1932, en el caso de epígrafe, y en su lugar se dicta otra declarando, como se declara, con lugar la demanda, y condenando, como por la pre-

sente se condena, a la demandada The American Railroad Company of Puerto Rico, a pagar al demandante Pablo Ruberté, la suma de mil dólares ($1,000) en concepto de daños y perjuicios, todo ello sin especial condenación de costas.

El Juez Asociado Sr. Córdova Dávila no intervino.